## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MILAGROS RAYRAY SURATOS,            )
                                    )
      Petitioner,                   )       2:11-cv-00955-KJD-GWF
                                    )
vs.                                 )
                                    )       ORDER REGARDING FILING FEE
CAROLYN MYLES, et al.,              )
                                    )
      Respondents.                  )
_____/

      Petitioner, Milagros Rayray Suratos, has submitted a habeas corpus petition pursuant to 28 U.S.C. § 2254, but has neither paid the required filing fee nor filed an appropriate motion for leave to proceed *in forma pauperis*. The petition cannot be filed without either payment of the required filing fee or a grant of leave to proceed *in forma pauperis* based on a fully complete motion. Petitioner shall be sent the correct pauper form for use should he wish to file a motion for leave to proceed *in forma pauperis* in this action. Accordingly, Petitioner shall be given leave to proceed *in forma pauperis* on a temporary basis.

      **IT IS THEREFORE ORDERED** that the Clerk shall send to petitioner a set of forms for a motion to proceed *in forma pauperis*. Petitioner shall have thirty (30) days from the date of the entry of this order within which to either pay the required filing fee, or file a fully and properly

1  completed motion for leave to proceed *in forma pauperis*.  The failure to timely do so will result in the
2  dismissal of this action.
3          DATED: June 13, 2011

_____
UNITED STATES DISTRICT JUDGE